

**Transferred case has been opened**
ECFnotice  to: InterdistrictTransfer_DED          04/16/2012 10:34 AM

```
CASE: 1:11-cv-01073

DETAILS: Case transferred from Delaware
has been opened in District of Massachusetts
as case 1:12-cv-10669, filed 04/16/2012.
```